IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

SAMANTHA MAKALIAH MICHEL RANSIER,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security

Defendant.

CV 26-60-H-KLD

**ORDER**

Plaintiff moved for an order allowing David F. Chermol to appear *pro hac vice* in this case with Michelle R. Finch designated as local counsel. (Doc. 2). The application of Mr. Chermol appears to be in compliance with L.R. 83.1(d).

The Court finds good cause to grant the motion. However, the Court notes that Mr. Chermol was granted leave to appear in three additional cases in this District in the last two years. (*See* Doc. 2-1 at 3). The Court therefore cautions that, with Mr. Chermol's admission in this matter, he is approaching the point of practicing law in Montana.

**IT IS ORDERED:**

Defendant's motion to allow David F. Chermol to appear in this Court (Doc. 2) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R.

83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Chermol must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Chermol, not the law firm he works for;

4. Mr. Chermol shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Chermol must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 20th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge